*In re* EFRAÍN APONTE BERDECÍA.

*Número:* TS-2595          *Resuelto:* 13 de agosto de 2004

*Efraín Aponte Berdecía*, peticionario.

## RESOLUCIÓN

Vista la moción de reinstalación del peticionario, *se le reinstala únicamente al ejercicio de la abogacía.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*